# Court of Appeals
# of the State of Georgia

ATLANTA,_February 28, 2018_____

*The Court of Appeals hereby passes the following order:*

**A18A1200. TIMOTHY C. ADAMSON v. BRADFORD E. MEEHAN.**

Timothy Adamson filed this direct appeal from a trial court order denying his OCGA § 9-11-60 (d) motion to set aside a 2005 judgment. We lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8). Adamson's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/28/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*